UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO.: 16-21217-RBR
Victoria Willis,                                    CHAPTER 13
     Debtor.
_____/

## DEBTOR'S MOTION TO MODIFY

COMES NOW, Victoria Willis, by and through her undersigned counsel, and hereby files this Motion to Modify and in support thereof would state:

1. The Debtor filed her Voluntary Petition for relief on August 15, 2016 under 11 U.S.C. § 1325.

2. The Order confirming the Seventh Amended Chapter 13 Plan was entered on February 2, 2017 (DE # 48).

3. The Order Granting Motion to Modify Plan was entered on January 26, 2018.

4. A Transfer/ Assignment of Secured Mortgage Creditor was filed on August 23, 2018.

5. Notices of Mortgage Payment Change were filed on February 6, 2019 and Notice of Post-petition Fees was filed on April 13, 2018.

6. The Trustee filed a Notice of Delinquency on March 26, 2019.

7. The Debtor fell behind with her chapter 13 plan payments due an unexpected expense.

8. The modified plan will cure the Debtor under the Notice of Delinquency and pay the Secured Mortgage Creditor pursuant to the Notices of Mortgage Payment Change and Notice of Fees, as filed.

9. It is in the best interest of all parties for the instant motion to be granted thereby allowing the Debtor to continue to pay the creditors.

10. All creditors have been noticed with this motion and said creditors will not suffer any harm by this Court granting the instant motion.

WHEREFORE, the Debtor respectfully requests that this Court issue an order granting this modification and confirming the Modified Plan.

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was furnished to the parties listed below by the method indicated on April 2, 2019.

**VIA ECF:**
Office of the U.S. Trustee Ustpregion21.Mm.Ecf@Usdoj.Gov
Robin R. Weiner Ecf@Ch13weiner.Com; Ecf2@Ch13weiner.Com
Gerard M Kouri Jr., Esq on behalf of Creditor Wells Fargo Bank N.A.
gmkouripaecf@gmail.com, gmkouri@bellsouth.net
Wanda D Murray on behalf of Creditor Ditech Financial LLC
ecfflsb@aldridgepite.com, wmurray@ecf.inforuptcy.com
Peter E. Shapiro, Esq. on behalf of Mediator Peter Shapiro
pshapiro@shapirolawpa.com
Evan S Singer on behalf of Creditor Ditech Financial LLC
ess@padgettlaw.net, pwh@padgettlaw.net;ged@padgettlaw.net;mhm@padgettlaw.net;mv@padgettlaw.net;sek@padgettlaw.net;PLG@ecf.courtdrive.com
Michelle R Ghidotti-Gonzalez on behalf of Creditor U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust c/o SN Servicing Corporation
ECFNotifications@ghidottilaw.com

**VIA U.S. MAIL:**
The Debtor and all creditors on the attached matrix excluding the ones listed above.

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

By: /sig/
John D. Segaul, Esq.
SEGAUL LAW FIRM
300 S. Pine Island Rd., Suite 304
Plantation, Florida 33324
954-424-3600 Telephone
954-423-3561 Facsimile
Florida Bar No.: 907405

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 16-21217-RBR<br>Southern District of Florida<br>Fort Lauderdale<br>Tue Apr  2 13:04:10 EDT 2019 | New Penn Financial, LLC<br>P.O. Box 10826<br>Greenvillle, SC 29603-0826 | New Penn Financial, LLC<br>P.O. Box 10675<br>Greenville, SC 29603-0675 |
| New Penn Financial, LLC d/b/a Shellpoint Mor<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | U.S. Bank Trust National Association as Trus<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Bank Trust National Association as Trus<br>323 5th Street<br>Eureka, CA 95501-0305 |
| Wells Fargo Bank N.A.<br>c/o Gerard M. Kouri, Jr., Esq.<br>5311 King Arthur Avenue<br>Davie, FL 33331-3340 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 | Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| American Ambulance<br>6605 NW 74 Ave<br>Miami, FL 33166-2819 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Laboratory<br>Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Broward Health Medical Center<br>POB 932540<br>Atlanta, GA 31193-2540 |
| Credit Collections<br>POB 447<br>Norwood, MA 02062-0447 | Department of Education/Navient<br>POB 9635<br>Wilkes Barre, PA 18773-9635 | (c)DITECH FINANCIAL LLC<br>332 MINNESOTA ST STE E610<br>SAINT PAUL MN  55101-1311 |
| Ditech Financial LLC fka Green Tree Servicin<br>P.O. Box 6154<br>Rapid City, South Dakota 57709-6154 | EXL Legal, PLLC<br>12425 28 St North, Ste 200<br>Saint Petersburg, FL 33716-1826 | Ft. Lauderdale Mobile Ultrasound Inc<br>301 NW 4 St<br>Plantation, FL 33317 |
| Grassy Waters Inpatient Services<br>8201 W Broward Blvd<br>Plantation, FL 33324-2701 | Gulf Coast Collection<br>5630 Marquesas Cir<br>Sarasota, FL 34233-3331 | Harvard Collection<br>4839 N Elston Ave<br>Chicago, IL 60630-2589 |
| Holy Cross Hospital<br>POB 23460<br>Fort Lauderdale, FL 33307-3460 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | LabCorp<br>5610 W. LaSalle St<br>Tampa, FL 33607-1770 |
| Marshland Emergency Physicians LLC<br>POB 37869<br>Philadelphia, PA 19101-0169 | Navient<br>POB 9500<br>Wilkes Barre, PA 18773-9500 | Navient Solutions, Inc.<br>Department of Education Loan SErvices<br>PO Box 9635<br>Wilkes-Barre, PA 18773-9635 |
| (p)ASCENDIUM EDUCATION SOLUTIONS   INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | New Penn Financial, LLC<br>d/b/a Shellpoint Mortgage Servicing<br>P.O. Box 10675<br>Greenville, SC 29603-0675 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |

| | | |
|---|---|---|
| One Advantage LLC<br>7715 NW 48 St # 100<br>Doral, FL 33166-5455 | Online Collections<br>POB 1489<br>Winterville, NC 28590-1489 | Optimium Outcomes<br>POB 58015<br>Raleigh, NC 27658-8015 |
| Radiology Physician Solutions of FL<br>POB 450097<br>Sunrise, FL 33345-0097 | (p)REVENUE ASSISTANCE CORPORATION<br>3711 CHESTER AVE<br>SUITE 200<br>CLEVELAND OH 44114-4623 | South Florida Oncology & Hematology<br>7351 W Oakland Pk Blvd # 106<br>Lauder Hill, FL 33319-7107 |
| Sunlife OB/Gyn Svcs of Ft. Lauderdale PA<br>POB 945953<br>Atlanta, GA 30394-5953 | U.S. Bank Trust National<br>Association as Trustee of<br>Bungalow Series III Trust<br>C/O SN Servicing Corp.<br>323 5th Street<br>Eureka, CA. 95501-0305 | United Collection Services<br>106 Commerce St # 101<br>Lake Mary, FL 32746-6217 |
| United Student Aid Funds, Inc (USAF)<br>PO Box 8961<br>Madison WI 53708-8961 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dea<br>PO Box 19657<br>Irvine CA 92623-9657 | Wells Fargo Dealer Services<br>POB 1697<br>Winterville, NC 28590-1697 |
| John D. Segaul<br>300 S. Pine Island Rd #304<br>Plantation, FL 33324-2621 | Peter Shapiro<br>1351 Sawgrass Corporate Parkway<br>Ft. Lauderdale, FL 33323-2831 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |
| Victoria N. Willis<br>7241 NW 7 Ct<br>Plantation, FL 33317-1112 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Navient Solutions, Inc. obo USAF<br>United Student Aid Funds, Inc<br>Attn: Bankruptcy Litigation Unit E3149<br>PO BOX 9430<br>Wilkes-Barre, PA 18773-9430 | Revenue Group<br>4780 Hinckley Industrial Pkwy # 200<br>Cleveland, OH 44109 |

Addresses marked (c) above for the following entity/entities were corrected as required by the USPS Locatable Address Conversion System (LACS).

Ditech Financial LLC
332 Minnesota St Ste 610
Saint Paul, MN 55101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Ditech Financial LLC           End of Label Matrix
Aldridge Pite, LLP                Mailable recipients    45
                                  Bypassed recipients     1
                                  Total                  46
```